UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20306-CIV-MORENO

OSMAN LARA; HOLMAN GUTIERREZ-VALLES; MILTON LOPEZ; PEDRO CANDELARIO; WALDO FONSECA; CELSO URIEL LARA; and LUIS ALVAREZ, on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

G&E FLORIDA CONTRACTORS, LLC, a Florida limited liability company; and ENRIQUE HERSMAN,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION

THE MATTER was referred to the Honorable John J. O'Sullivan, United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion for Conditional Class Certification (**D.E. No. 39**), filed on <u>May 27, 2015</u>. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 54**) on <u>July 21, 2015</u>. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that no objections to the Magistrate Judge's Report and Recommendation were filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge John J. O'Sullivan's Report and Recommendation (**D.E. No. 54**) on July 21, 2015 is **AFFIRMED** and **ADOPTED**. Accordingly,

it is

**ADJUDGED** that Plaintiffs' Motion for Conditional Class Certification is GRANTED in part and DENIED in part consistent with the Magistrate Judge's Report and Recommendation. It is

**ADJUDGED** that the parties shall submit a mutually agreeable, joint notice by **August 21, 2015**, which notice will be mailed by a third-party vendor.  It is also

**ADJUDGED** that the parties are barred from separately contacting potential opt-in plaintiffs. It is also

**ADJUDGED** that any consents to join the lawsuit that are returned be filed with the Court and served upon both Defendants within 60 days following the mailing.  It is also

**ADJUDGED** that Plaintiffs' request that the notice be posted at the Defendants' job sites is DENIED without prejudice to renew upon a showing of uncooperativeness by the Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge John J. O'Sullivan

Counsel of Record