UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 15-20306-CIV-MORENO

OSMAN LARA, et al., on behalf of themselves
and all others similarly situated,

        Plaintiffs,

vs.

G&E FLORIDA CONTRACTORS, LLC, and
ENRIQUE HERSMAN,

        Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

THIS CAUSE came before the Court upon Defendants' Motion for Reconsideration of Order Denying the Parties' Joint Motion for Extension of Discovery and Other Case Deadlines **(D.E. 74)**, filed on **October 2, 2015**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___7___ of October 2015.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record