UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-cv-20306-MORENO/O'SULLIVAN

OSMAN LARA, et al.,

    Plaintiffs,

v.

G&E FLORIDA CONTRACTORS, LLC, et al.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

PLAINTIFFS and DEFENDANTS, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a full and final settlement of all claims in the above-styled action, which arises under the Fair Labor Standards Act of 1938 ("FLSA"). The Parties are in the process of finalizing the settlement agreement which will be submitted to the Court for review and approval.

Dated on this 22nd day of March 2018.

Respectfully Submitted,

/s/ Roderick V. Hannah
Fla. Bar No. 435384
8751 West Broward Boulevard, Suite 303
Plantation, FL 33324
Tel. (954) 362-3800
Fax. (954) 362-3779
rhannah@rhannahlaw.com
assistant@rhannahlaw.com

and

/s/ Pelayo M. Duran
Fla. Bar No. 146595
Law Office of Pelayo M. Duran, P.A.
4640 NW 7th Street
Miami, FL 33126
Tel. (305)-266-9780
Fax. (305) 269-8311
pduran@pelayoduran.com

*Counsel for Plaintiffs*

/s/ Juliana Gonzalez
Fla. Bar No. 814611
juliana@ljmpalaw.com
Lawrence J. McGuinness, Esq.
Fla. Bar No. 814611
ljmpalaw@netzero.com
scheduling_ljmpa@comcast.net
McGuinness *&* Gonzalez, P.A.
3126 Center Street
Coconut Grove, FL 33133
Tel. (305) 448-9557
Fax. (305) 448-9559

*Counsel for Defendants*